UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2008 JUL 31 P 4: 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR NO.08-27S |
| | : | |
| SCOTT M. BROWN | : | |

**DEFENDANT'S CONSENT TO TRANSFER OF INDICTMENT NO. 1:08CR00065JD FROM THE DISTRICT OF NEW HAMPSHIRE TO THE DISTRICT OF RHODE ISLAND FOR DISPOSITION**

I, SCOTT M. BROWN, hereby state my wish to waive trial of Indictment No. 1:08CR00065JD, United States of America v. Scott Brown, in the District of New Hampshire and my consent to the transfer of the case to the District of Rhode Island where I wish to plead guilty and have all further disposition of the case.

SCOTT M. BROWN
Defendant

Date 7/24/08

Francis J. Flanagan
Attorney for Defendant

Date 24 July 08

APPROVED:

ROBERT CLARK CORRENTE
United States Attorney
District of Rhode Island

Date: 7/29/08

APPROVED:

THOMAS J. COLANTUONO
United States Attorney
District of New Hampshire

Date: 7/31/08

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE
CERTIFIED
JAMES R. S
BY: DEPUTY CLERK

4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:08-CR** |
| | ) | |
| **SCOTT BROWN** | ) | |

**PRAECIPE FOR WARRANT**

The Clerk of said Court will issue a warrant, an Indictment against the above-named individual having been filed in the above-entitled cause on the 28th day of May, 2008.

This 28th day of May, 2008

THOMAS P. COLANTUONO
United States Attorney

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney
New Hampshire Bar #783
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
Donald.Feith@usdoj.gov

Warrant Issued: ______________________

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:08-CR** |
| | ) | |
| **SCOTT BROWN** | ) | |

## INDICTMENT

The Grand Jury charges:

**<u>COUNT ONE</u>**
**[Bank Robbery - 18 U.S.C. § 2113(a)]**

On or about October 1, 2007, in the District of New Hampshire, the defendant,

**SCOTT BROWN,**

by force, violence and intimidation, did take from the person or presence of another money, that is, United States currency belonging to and in the care, custody, control, management, and possession of the Citizens Bank, 81 Lafayette Road, Hampton Falls, New Hampshire, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson

THOMAS P. COLANTUONO
United States Attorney

/s/ Donald Feith
Donald Feith
Assistant U.S. Attorney

May 28, 2008

CLOSED, JLrecused

# U.S. District Court
## District of New Hampshire (Concord)
## CRIMINAL DOCKET FOR CASE #: 1:08-cr-00065-JD-1
## Internal Use Only

Case title: USA v. Brown

Date Filed: 05/28/2008
Date Terminated: 07/31/2008

Assigned to: Judge Joseph A. DiClerico, Jr

**Defendant (1)**

**Scott Brown**
*TERMINATED: 07/31/2008*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| 18 USC 2113(a) BANK ROBBERY BY FORCE OR VIOLENCE (1) | Transfer to Rhode Island |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA**

represented by **Donald A. Feith**
US Attorney's Office (NH)
53 Pleasant St, 4th Flr
Concord, NH 03301-0001
603 225-1552
Email: donald.feith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/28/2008 | 1 | INDICTMENT as to Scott Brown (1) count 1. *Original document available in clerks office.*(dae) (Entered: 05/29/2008) |
| 05/28/2008 | 3 | Praecipe for Warrant by USA as to Scott Brown. (dae) (Entered: 05/29/2008) |
| 05/28/2008 | | Arrest Warrant Issued as to Scott Brown. Original warrant and copies to US Marshal and US Probation. (dae) (Entered: 05/29/2008) |
| 07/31/2008 | 4 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to Rhode Island. Counts closed as to Scott Brown (1) Count 1. (dae) (Entered: 08/04/2008) |

UNITED STATES DISTRICT COURT
CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: [signature]
DEPUTY CLERK
DISTRICT OF NEW HAMPSHIRE